# EXHIBIT I

MEMORANDUM

To: File

From: Daniel G. Ball

Date: October 10, 2013

Re: Investigation for Unacceptable conduct – Vinson Gibbs KS0848

On October 3, 2013, Sr. Manager Brad Caldwell informed Nissan HR manager Tosha Garner that he had observed Kelly associate Vinson Gibbs, hired on 8/6/2012, exiting the turnstile at 12:48 pm, get into his vehicle and exit Nissan's property through gate five (5). Brad verified that Vinson had come in for an 11 am start time to perform Shoki Ryoudo activities. According to witnesses, Vinson quality checked two (2) vehicles and left the area and they never saw him again. Therefore, Brad requested a gate check and an investigation into this matter. A gate check was requested from Security from September 1, 2013 through October 3, 2013. The gate check revealed that Vinson re-entered the turnstile at 2:43 pm on October 3, 2013 and a number of other time discrepancy incidents.

Other documents requested were employee sign-in logs and Kelly timesheets.

### Investigation – Vinson Gibbs KS

Vinson Gibbs was asked if he owned a Kelly/Nissan handbook and if he was familiar with the company policy on falsification of company documents. Vinson Gibbs replied by stating that he did own a handbook and is familiar with the policy on falsification of company documents.

Vinson Gibbs was presented with the sign in sheets that had his signatures to confirm time that he had actually worked on the dates in question. He was asked if he had signed to confirm the times listed were correct and he stated "Yes."

On 9/2/2013, Vinson Gibbs signed and confirmed documentation claiming to have worked 9 hours (6:00 am – 3:30 pm) with a 30-minute lunch break. According to the gate check, on 9/2/2013 Vinson Gibbs had left work at 2:50 pm instead of 3:30 pm, which is a difference of 40 minutes. In addition to that, the gate check also shows that Vinson Gibbs spent 1 hour and 9 minutes of time that he was paid for outside of the facility and not working in his production area. I asked Vinson if he had left the facility on these dates at the times listed and he states; "I guess so." Vinson claimed to have left work to go move his car a little closer to the building. He also stated that it shows him leaving early because they were allowed to go home and he just forgot to adjust the time on the time sheet. I then informed Vinson that leaving work for that amount of time is unacceptable due to him not informing his supervisor and allowing himself to be paid for hours he did not work.

- Vinson Gibbs falsified a total of 1 hour and 49 minutes on his time sheet for this date.

On **9/5/2013**, Vinson Gibbs left the facility at 2:14 pm and returned at 2:50 pm, for which he could not provide an explanation. He stated that he couldn't recall what happened that day for him to leave the building for the time in question.

- Vinson Gibbs falsified a total of 36 minutes on his time sheet for this date.

On **9/26/2013**, Vinson Gibbs signed and confirmed documentation claiming to have worked 8 hours (3:00 pm – 11:12 pm) with a 40-minute lunch break. According to the gate check on this particular



KSI 208

day, Vinson actually left work at 7:43 pm instead of 11:15 pm. I asked Vinson his reason for leaving work early on this day and confirming the incorrect time. Vinson stated "that he doesn't recall this incident; he would not confirm time that he did not work.

- Vinson Gibbs falsified a time difference of 3 hours and 32 minutes on his time sheet for this date.

On **10/2/2013**, Vinson Gibbs signed and confirmed documentation claiming to have worked for 12 hours and 12 minutes (11:00 am – 11:12 pm) with a 40-minute lunch break. According to the gate check provided, Vinson Gibbs left the facility from (1:14 pm – 2:18 pm) which was before his lunch break and included time he was paid for. When asked what he was doing at this time, Vinson Gibbs stated that he had left work to grab a bite to eat. I informed Vinson Gibbs that his absentee occurred before his lunch break, which he also took at 7:43 pm later in his shift. He did not provide an answer for the time difference.

- Vinson Gibbs falsified a time difference of 1 hour and 4 minutes on his time sheet for this date.

On **10/3/2013**, Vinson Gibbs signed and confirmed documentation claiming to have worked for 12 hours and 6 minutes (11:06 am – 11:12 pm) with a 40-minute lunch break. According to the gate check on this particular day, Vinson Gibbs left the facility from (12:48 pm - 2:43 pm) which occurred before his lunch break and included time he was paid for. When asked what he was doing at this time, Vinson Gibbs stated that he had come to work early to perform the Shoki Ryoudo job. There were no more cars for them to work on so he went outside and sat in his car. I informed Vinson Gibbs that he was paid for the 2 hours and 4 minutes he sat in his car because he did not sign out on the sign in sheet. He then stated that it was just a mistake on his end and he didn't think to correct the time.

- Vinson Gibbs falsified a time difference of 2 hours and 4 minutes on his time sheet for this date.

Following the investigation, I informed Vinson Gibbs that there are multiple occurrences where he has verified hours paid for but was not working. I also informed him that his actions are considered as falsification of time and is grounds for immediate administrative termination.

### Recommendation:

Vinson Gibbs, hired on 8/6/2012, confirmed a total of 8 hours and 48 minutes that he did not work for on his time reporting sheet. According to the Nissan/Kelly policy, employees must report all actual hours worked, no more and no less. Falsifying employment documents, time and attendance documents, vital process documents and/or required government filings are grounds for immediate termination or removal from assignment. After reviewing the relevant facts, immediate termination is recommended for Vinson Gibbs due to Unacceptable Conduct for falsifying time.